UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAEVON MARKELL TURNER,

    Plaintiff,

    v.

DR. ANDREWS, et al.,

    Defendants.

Case No. C19-1293RSL

ORDER TO SHOW CAUSE

    On October 23, 2019, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a Pretrial Scheduling Order in the above captioned matter. Dkt. # 16. The Scheduling Order was mailed to plaintiff, but was returned unopened on October 30, 2019, as plaintiff apparently no longer resides at the address on file with the Court. Dkt. # 18. On October 29, 2019, the Honorable Brian A. Tsuchida issued a Report and Recommendation. Dkt. # 17. The Report and Recommendation was also returned unopened on November 6, 2019. Dkt. # 19.

    The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for January 17, 2020. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

ORDER TO SHOW CAUSE - 1

DATED this 8th day of November, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2