UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAEVON MARKELL TURNER,

    Plaintiff,

    v.

DR. ANDREWS, et al.,

    Defendants.

Case No. C19-1293RSL

ORDER OF DISMISSAL

On October 23, 2019, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a pretrial scheduling order in the above-captioned matter. Dkt. # 16. The Scheduling Order was mailed to plaintiff, but was returned unopened on October 30, 2019, as plaintiff apparently no longer resides at the address on file with the Court. Dkt. # 18. On October 29, 2019, the Honorable Brian A. Tsuchida issued a Report and Recommendation. Dkt. # 17. The Report and Recommendation was returned unopened on November 6, 2019. Dkt. # 19. On November 8, 2019, this Court issued an Order to Show Cause for failure to prosecute. Dkt. # 20. The Order to Show Cause was returned unopened on November 15, 2019. Dkt. # 21.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is

ORDER OF DISMISSAL - 1

returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 23rd day of January, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2